UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW G. SILVA,

          Plaintiff,

v.

DANIEL ANDEMARIAM, *et al.*,

          Defendants.

Case No. C13-1182-JLR

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, plaintiff's cross-motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendants' motion for summary judgment (Dkt. 9) is GRANTED.

(3)    Plaintiff's cross-motion for summary judgment (Dkt. 15) is DENIED.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1



**13-CV-01182-PET**

(4) Plaintiff's complaint (Dkt. 5) and this action are DISMISSED with prejudice.

(5) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Brian A. Tsuchida.

DATED this 27th day of January, 2014.

JAMES L. ROBART
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 2